UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:                                                   Chapter

                                                         Case No.


                                    Debtor(s)            AMENDED LOSS MITIGATION
-------------------------------------------------------X  REQUEST

## LOSS MITIGATION REQUEST - BY DEBTOR

   I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program
with  respect to *[Identify the property, loan and creditor(s) for which you are requesting
loss mitigation]*:


_____
*[Identify the Property]*
_____
*[Last 4 Digits of Loan Number]*
_____
*[Creditor's Name and Address]*


**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to
comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation
Procedures, and I will participate in the Loss Mitigation Program in good faith. I
understand that loss mitigation is voluntary for all parties, and that I am not required to
enter into any agreement or settlement with any other party as part of entry into the Loss
Mitigation Program. I also understand that no other party is required to enter into any
agreement or settlement with me. I understand that **I am not required to request dismissal
of this case** as part of any resolution or settlement that is offered or agreed to during the
Loss Mitigation Period.


Sign: _____   Date: _____, 20_____

Print Name: _____
*[First and Last Name]*
Telephone Number: _____
*[i.e. 999-999-9999]*
   E-mail Address [if any]: _____