*Members*
Darren Aronow † € ῠ □
_____
*Associates*
Hanin Shadood †
Daniel McCarthy †

*Of Counsel*
Brian Flick ○
Rusty Payton ◊
Clayton Hodges ¥
Edvard Shprukhman ὼ ≠
Robert Prousalis £



# Aronow Law P.C.

**20 Crossways Park Drive North, Suite 210**
**Woodbury, New York 11797**
Tel- 516 762 6700 Fax 516 342-5365

*Admitted In*:

New York †
New Jersey €
Ohio○
Illinois◊
Pennsylvania □
Virginia ῠ
Texas ¥
Massachusetts £
Washington D.C. ≠
Massachusetts £
Maryland ὼ

---

**December 4th, 2017**

**Chambers, Hon. Elizabeth S. Stong**
**United States Bankruptcy Court**
**Eastern District of New York**
**271-C Cadman Plaza East – Suite 1595**
**Brooklyn, NY 11201**

    Debtor:    Beris Baker
    Case No.  17-42547
    Loan No.  XXXXXX0130

Dear Judge Stong:

    This firm represents debtor, Beris Baker, (hereinafter "Mr. Baker" or "Debtor") in the above referenced matter. At this time our client has recently received a pay-off letter from the lender and we are in discussion with our client as to the best options that are available going forward and how he wishes to proceed. This letter is to confirm that with the consent of counsel and the permission of this Court, the Loss Mitigation Status Conference originally scheduled to be held on **December 7, 2017, at 09:30 a.m.,** is to be adjourned until **January 30, 2018, at 09:30 a.m.**

Respectfully submitted,

*/s/ Hanin R. Shadood*
**By: Hanin R. Shadood Esq.**
Aronow Law P.C.
*Attorneys for the Debtor*

NEW YORK ◊ NEW JERSEY ◊ PENNSYLVANIA ◊VIRGINIA ◊ MARYLAND
◊ WASHINGTON, D.C. TEXAS ◊ MASSACHUSSETS ◊ OHIO ◊ ILLINOIS