UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------x
In re:                                                        Case No.17-42547-ess
                                                              Chapter 7
    Beris Baker,

                                    Debtor(s)
-----------------------------------------------x

## LOSS MITIGATION FINAL REPORT

**Name of Lender:** Specialized Loan Servicing LLC

**Property Address:** 233 East 92nd Street Brooklyn, New York 11212

**Last Four Digits of Account Number of Loan:** 0130

**File Date of Request for Loss Mitigation:** 05 / 26 / 2017

**Date of Entry of Order Granting Loss Mitigation:** 06/19/2017

**Date of Entry of Order Approving Settlement (*if any*):** N/A

**Other Requests for Loss Mitigation in this Case:** ___ Yes   ✔ No

*The use of the Court's Loss Mitigation Procedures has resulted in the following (please check appropriate the box below):*

☐     Loan modification.

☐     Loan refinance.

☐     Forbearance

☐     Short sale.

☐     Surrender of property.

☑     No agreement has been reached.

☐     Other: _____

**Dated:** February 1, 2018          **Signature:** _[signature]_