| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Beris Baker** | Social Security number or ITIN **xxx–xx–6952** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | |
| Case number: **1–17–42547–ess** | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Robert J Musso (Trustee) is discharged as trustee of the estate of the above–named debtor(s).
- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Elizabeth S. Stong
United States Bankruptcy Judge

Dated: February 23, 2018

**BLfnld7** [Final Decree 7 rev 12/01/15]